```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 25383
    JIMMIE L WILLIAMS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-1580


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/27/2005 and was confirmed 09/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/04/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
NATIONWIDE ACCEPTANCE~    SECURED           1500.00             .00       1421.13
NATIONWIDE ACCEPTANCE~    UNSECURED         3920.04             .00           .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED             .00           .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED             .00           .00
IRS TAX DIVISION          NOTICE ONLY     NOT FILED             .00           .00
US ATTORNEYS OFFICE       NOTICE ONLY     NOT FILED             .00           .00
ROBERT J ADAMS & ASSOC    PRIORITY        NOT FILED             .00           .00
CERTIFIED SERVICES        UNSECURED       NOT FILED             .00           .00
CITY OF CHICAGO PARKING   UNSECURED          3155.00            .00           .00
COMED                     UNSECURED       NOT FILED             .00           .00
CREDIT PROTECTION         UNSECURED       NOT FILED             .00           .00
DIVERSIFIED CONSULTANTS   UNSECURED       NOT FILED             .00           .00
PREMIER BANCARD CHARTER   UNSECURED           476.78            .00           .00
TIDEWATER MOTOR CREDIT    UNSECURED          8085.81            .00           .00
GATEWAY CHEVY             UNSECURED          1544.54            .00           .00
ECMC                      UNSECURED              .00            .00           .00
JBC & ASSOCIATES          UNSECURED       NOT FILED             .00           .00
MCI RESIDENTIAL SERVICES  UNSECURED       NOT FILED             .00           .00
NICOR GAS                 UNSECURED       NOT FILED             .00           .00
PORTFOLIO ACQUISITIONS L  UNSECURED           798.35            .00           .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED             .00           .00
TALK AMERICA              UNSECURED       NOT FILED             .00           .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT     210.00              .00        210.00
BESTBANK VISA CARD PROMO  UNSECURED          875.83             .00           .00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY     2,200.00                        1,974.67
TOM VAUGHN                TRUSTEE                                           222.20
DEBTOR REFUND             REFUND                                                .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 25383 JIMMIE L WILLIAMS
```

```
TRUSTEE                                3,828.00

PRIORITY                                                    210.00
SECURED                                                   1,421.13
UNSECURED                                                      .00
ADMINISTRATIVE                                            1,974.67
TRUSTEE COMPENSATION                                        222.20
DEBTOR REFUND                                                  .00
                                    ---------------   ---------------
TOTALS                                 3,828.00           3,828.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 09/24/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 05 B 25383 JIMMIE L WILLIAMS